

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00325-CV

**ISI CONTRACTING, INC.** and Guerra Construction,
Appellants

v.

Naomi **MARKHAM**; Carrie Markham; and Trevor Markham, Individually and as the
Administrator of the Estate of Joslyn Markham, Deceased,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI01166
Honorable Antonia Arteaga, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, we reverse the trial court's order and render judgment dismissing all of Appellees' claims against ISI Contracting, Inc. and Guerra Construction. We tax costs of court for this appeal against Appellees Naomi Markham; Carrie Markham; and Trevor Markham, Individually and as the Administrator of the Estate of Joslyn Markham, Deceased.

SIGNED April 27, 2022.

_____
Patricia O. Alvarez, Justice